APPEARANCE

United States Bankruptcy Court

For the Northern District of Illinois

In re Richard T. Rinaolo and Beth L. Rinaolo   )
                                               )
                Debtor.                        )   Case No. 09 B 26377
                                               )

I, THE UNDERSIGNED HEREBY FILE MY APPEARANCE AS ATTORNEY FOR FIRST MIDWEST BANK.

Scott H. Kenig, Esq.  
Print Name

_____  
Signature

ATTORNEY ID NUMBER: 06198729

Randall & Kenig LLP  
Firm Name

FIRM ID NUMBER: 40686  
455 North Cityfront Plaza Drive  
NBC Tower  
Suite 2510  
Chicago, Illinois 60611  
312-822-0800

Trial Attorneys*

_____Scott H. Kenig_____  
        Print Name

*Request is made for a trial attorney to avoid possible conflicts in scheduling.

    Dated: July 28, 2009

TYPE OF DEFENSE COUNSEL:

CJA ____    RETAINED ____    SELF ____  NONE ____  OTHER ____  PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P_____    D_____    TP_____

SKENIG/573852  July 28, 2009 (7:05pm)