APPEARANCE

United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re )
   Richard T. Rinaolo and )   Case No. 09-26377
   Beth L. Rinaolo,
)
   Debtor(s) )
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

CIT Small Business Lending Corporation, a creditor herein

| | |
|---|---|
| Agata P. Karpowicz | Mandell Menkes LLC |
| Print Name on this Line | Firm Name |
| /s/ Agata P. Karpowicz | FIRM ID NUMBER: n/a |
| Signature | 333 West Wacker Drive, Suite 300 |
| ATTORNEY ID NUMBER  6280323 | Street Address |
| | Chicago, IL 60606 |
| | City   State   Zip |
| | Telephone   (312) 759-3472 |

Trial Attorneys*

   Agata P. Karpowicz
      Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

   DATED:

TYPE OF DEFENSE COUNSEL:

   CJA _____ ,RETAINED _____ x ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____   D _____   TP _____

Revised 06/08rj