APPEARANCE

United States Bankruptcy Court

For the  Northern  District of  Illinois

In re )

    Richard T. Rinaolo and Beth L. Rinaolo, ) Case No. 09-26377

    Debtor(s) )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

CIT Small Business Lending Corporation, a creditor herein

| | |
|---|---|
| Bruce N. Menkes | Mandell Menkes LLC |
| Print Name on this Line | Firm Name |
| /s/ Bruce N. Menkes | FIRM ID NUMBER: n/a |
| Signature | 333 West Wacker Drive, Suite 300 |
| ATTORNEY ID NUMBER  6187337 | Street Address |
| | Chicago, IL 60606 |
| | City   State   Zip |
| | Telephone   (312) 251-1000 |

Trial Attorneys*

    Bruce N. Menkes
    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:

TYPE OF DEFENSE COUNSEL:

    CJA _____, RETAINED _____, x ,SELF _____, NONE OTHER _____, PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____ D _____ TP _____

Revised 06/08rj