APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s) Richard T. Rinaolo and Beth L. Rinaolo        ) Case No. 09-26377
) 
) 
) 

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

EREF Mezzanine Fund, LLC

| Steve Ackerman | Law Offices of Steve Ackerman |
|---|---|
| Print Name on this Line | Firm Name |
| *[signature: Steve Ackerman]* | FIRM ID NUMBER:    n/a |
| Signature | 566 W. Adams St. #600 |
| ATTORNEY ID NUMBER    0008478 | Street Address |
| | Chicago, Illinois  60661 |
| | City    State    Zip |
| | Telephone    312-454-9300 |

Trial Attorneys*

Steve Ackerman
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    August 10, 2009

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED _____  x ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____

Revised 06/08rj