IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

| | |
|---|---|
| RICHARD T. RINAOLO, and<br>BETH L. RINAOLO,<br><br>Debtors. | ) Chapter 7<br>) Case No. 09 B 26377<br>) Honorable A. Benjamin Goldgar<br>) Trustee Joseph E. Cohen |

### ORDER GRANTING CREDITOR'S MOTION FOR RULE 2004 EXAMINATION

This matter coming to be heard upon EREF Mezzanine Fund, LLC's Motion For Rule 2004 Examination, due notice having been given to all parties and the Court being fully advised:

IT IS HEREBY ORDERED that the Motion is granted and EREF Mezzanine Fund, LLC is granted leave to conduct a Rule 2004 Examination of debtor (s) before a court reporter at the Offices of its counsel, Steve Ackerman, 566 W. Adams St., #600, Chicago, Illinois. Pursuant to Bankruptcy Rule 2004 (d), a subpoena (s) shall not be required and the debtors shall appear at a mutually convenient time within 21 days pursuant to notice to all parties.

Order Prepared By:

STEVE ACKERMAN
566 W. Adams St., #600
Chicago, IL. 60661
(312) 454-9300

Attorney for EREF Mezzanine Fund, LLC

ENTER:

_____
Bankruptcy Judge