IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              Chapter 7

    RICHARD T. RINAOLO
    AND BETH L. RINAOLO,                        Case No. 09 B 26377

        Debtors.                                Honorable A. Benjamin Goldgar

                                       Trustee Joseph E. Cohen

### ORDER MODIFYING AUTOMATIC STAY

This cause coming on to be heard upon the Motion to Modify Automatic Stay filed by CITIMORTGAGE, INC. due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay against CITIMORTGAGE, INC. be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and CITIMORTGAGE, INC. shall have the right to initiate or proceed with mortgage foreclosure proceedings in connection with the real estate located at 1668 Telegraph Road, Lake Forest, IL 60045 (Real Estate).

IT IS FURTHER ORDERED that all communications including, but not limited to, notices required by state law sent by CITIMORTGAGE, INC. in connection with proceeding against the Real Estate may be sent directly to the Debtor.

IT IS FURTHER ORDERED that the 10-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

DATED: OCT 0 9 2009

ENTER: _____
Bankruptcy Judge

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 South LaSalle Street
Chicago, Illinois 60603