UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RICHARD T. RINAOLO and ) | Case No. 09-26377 |
| BETH L. RINAOLO, ) | |
| ) | |
| Debtors. ) | |

## NOTICE OF FILING

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on the 6th day of January, 2010 there was filed with the United States Bankruptcy Court Debtors' Response to Motion to Extend Time for Filing Objections to Discharge a copy of which are attached hereto.

DATED this 6th day of January, 2010.

James T. Magee [#1729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
Attorneys for Debtors
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055

## AFFIDAVIT OF SERVICE

The undersigned being first duly sworn on oath deposes and states that she mailed a true and correct copy of the Debtors' Response to Motion to Extend Time for Filing Objections to Discharge to whom this Notice is directed by United States Mail, proper postage prepaid, and delivering same to the United States Post Office facility at Round Lake Beach, Illinois before 5:15 P.M. on the 6th day of January, 2010.

Subscribed and sworn to before me this 6th day of January, 2010

Notary Public

"OFFICIAL SEAL"
CYNTHIA SANCHEZ
Notary Public, State of Illinois
My Commission Expires July 09, 2012

## SERVICE LIST

Re: Richard T. Rinaolo and Beth L. Rinaolo, Debtors
Case No. 09-26377

Steve Ackerman
566 West Adams Street
Suite 600
Chicago, IL 60661

Steven R. Rappin
Hauselman Rappin & Olswang, ltd.
39 South LaSalle Street
Chicago, IL 60603

James P. Sullivan
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Bruce N. Menkes
Mandell Menkes LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606

Scott H. Kenig
Randall & Kenig LLP
455 North Cityfront Plaza Drive
NBC Tower, Suite 2510
Chicago, IL 60611

Joseph E. Cohen
Trustee in Bankrutpcy
105 West Madison Street
Suite 1100
Chicago, IL 60602

William T. Neary
United States Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604