**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-26377 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINAOLO, RICHARD T | Date Filed (f) or Converted (c): | 07/21/09 (f) |
|  | RINAOLO, BETH L | 341(a) Meeting Date: | 08/14/09 |
| For Period Ending: | 12/31/09 | Claims Bar Date: | To Be Determined |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Marital Residence 1668 Telegraph Road Lake Forest, | 800,000.00 | 0.00 |  | 0.00 | 0.00 |
| 2. Cash on Hand | 1,000.00 | 0.00 |  | 0.00 | 0.00 |
| 3. Deposits of Money (Lake Forest Bank & Trust) | 1,500.00 | 0.00 |  | 0.00 | 0.00 |
| 4. Deposits of Money (Lake Forest Bank & Trust) | 300.00 | 0.00 |  | 0.00 | 0.00 |
| 5. Living Room Furniture and Furnishings | 600.00 | 0.00 |  | 0.00 | 0.00 |
| 6. Televisions, DVD Player, VCR, Stereo and Lamps | 350.00 | 0.00 |  | 0.00 | 0.00 |
| 7. Bedroom Set, Washer and Dryer | 400.00 | 0.00 |  | 0.00 | 0.00 |
| 8. Dining Room Set, Kitchen Table and Chairs | 400.00 | 0.00 |  | 0.00 | 0.00 |
| 9. Kitchen Utensils, Stove and Refrigerator | 250.00 | 0.00 |  | 0.00 | 0.00 |
| 10. Microwave and Dishwasher | 125.00 | 0.00 |  | 0.00 | 0.00 |
| 11. Books and Pictures | 100.00 | 0.00 |  | 0.00 | 0.00 |
| 12. Wearing Apparel | 500.00 | 0.00 |  | 0.00 | 0.00 |
| 13. Exercise Equipment | 50.00 | 0.00 |  | 0.00 | 0.00 |
| 14. Photography Equipment | 50.00 | 0.00 |  | 0.00 | 0.00 |
| 15. 2049 West Howard LLC (Two Unit Retail Rental Unit) | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 16. 727-729 West Howard LLC (Two Unit Retail Rental Un | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 17. WC Acquisition LLC | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 18. BP Acquisition LLC (Former Gas Station Business) | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 19. Grand Avenue Oil LLC (Former Gas Station Business) | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 20. Questar Equity LLC | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 21. Woodland Courts LLC (144 Unit Apartment Building) | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 22. Bradley Industrial Center LLC (Foreclosed Industri | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 23. Smithfield Gardens, Inc. | 0.00 | 0.00 |  | 0.00 | 0.00 |
| 24. Lexus Lease | 6,750.00 | 0.00 |  | 0.00 | 0.00 |
| 25. 2005 Honda Van Lease (70,000 miles) | 5,820.00 | 0.00 |  | 0.00 | 0.00 |
| 26. Office Equipment | 200.00 | 0.00 |  | 0.00 | 0.00 |

LFORM1

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 09-26377   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RINAOLO, RICHARD T | Date Filed (f) or Converted (c): | 07/21/09 (f) |
| | RINAOLO, BETH L | 341(a) Meeting Date: | 08/14/09 |
| | | Claims Bar Date: | To Be Determined |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Tools of Trade | 500.00 | 0.00 | | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $818,895.00 | $0.00 | | $0.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED VARIOUS RECORDS RELATING TO OWNERSHIP OF REAL ESTATE BY THE DEBTOR.

Initial Projected Date of Final Report (TFR): 09/30/12      Current Projected Date of Final Report (TFR): 09/30/12

LFORM1

Ver: 14.31c